IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. BABCOCK, et al.,<br><br>　　　　Defendants. | No.  2:24-CV-0977-KJM-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to opt-out of the Court's Early Alternative Dispute Resolution Program.  See ECF No. 17.  Good cause appearing therefor, Defendants' motion will be granted, and the stay of proceedings imposed on August 28, 2024, will be lifted.  By separate order, the Court will set a schedule for this litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED as follows:

2       1.    Defendants' motion to opt-out of the Court's Early Alternative Dispute

3   Resolution Program, ECF No. 17, is granted.

4       2.    The stay of proceedings is lifted.

**Dated: September 25, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2